| | |
|---|---|
| Nicholas O. Kennedy<br>(State Bar No. 280504)<br>nicholas.kennedy@bakermckenzie.com<br>**BAKER & McKENZIE LLP**<br>1900 North Pearl Street, Suite 1500<br>Dallas, TX 75201<br>Telephone:  214 978 3000<br>Facsimile:   214 978 3099 | Mark D. Bloom (*Pro Hac Vice*)<br>Reginald Sainvil (*Pro Hac Vice*)<br>mark.bloom@bakermckenzie.com<br>reginald.sainvil@bakermckenzie.com<br>**BAKER & McKENZIE LLP**<br>1111 Brickell Avenue, Suite 1700<br>Miami, FL 33131<br>Telephone: 305 789 8927<br>Facsimile:  305 789 8953 |

Thomas Tysowsky
(State Bar No. 330022)
thomas.tysowsky@bakermckenzie.com
**BAKER & McKENZIE LLP**
10250 Constellation Blvd., Suite 1850
Los Angeles, CA  90067
Telephone:  310 201 4728
Facsimile:   310 201 4721

Attorneys for FOREIGN DEBTOR
VITALY IVANOVICH SMAGIN

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| IN RE:<br><br>VITALY IVANOVICH SMAGIN,<br><br>Foreign Debtor. | Case No: _____<br><br>[Regarding U.S. Bankruptcy Court for the Central District of California Chapter 15<br>Case No. 2:21-bk-15342-BB]<br><br>**NOTICE OF MOTION AND MOTION OF FOREIGN DEBTOR VITALY IVANOVICH SMAGIN FOR WITHDRAWAL OF REFERENCE**<br><br>To Be Assigned to District Court Pursuant to C.D. Cal. L.B.R. 5011-2 |

Baker & McKenzie LLP
10250 Constellation Blvd.
Suite 1850
Los Angeles, CA  90067
Tel: 310.201.4728

Case No.
FOREIGN DEBTOR'S NOTICE OF MOTION AND MOTION FOR WITHDRAWAL OF REFERENCE

# NOTICE OF MOTION AND MOTION

TO THIS HONORABLE COURT, ALL PARTIES, AND RESPECTIVE COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Foreign Debtor, Vitaly Ivanovich Smagin, hereby respectfully moves this Honorable Court to withdraw the reference for Case No. 2:21-bk-15342-BB, currently pending in the United States Bankruptcy Court for the Central District of California concerning the above-name Debtor (the "Chapter 15 Case").

PLEASE TAKE FURTHER NOTICE that this Motion is made pursuant to 28 U.S.C. § 157(d), Rule 5011 of the Federal Rules of Bankruptcy Procedure, and Rule 5011 of the Local Bankruptcy Rules of the Bankruptcy Court for the Central District of California, and is based on the accompanying Memorandum of Points and Authorities, the Declaration of Nicholas O. Kennedy, the proposed Order as well as the pleadings, motions, and documents on file with the Bankruptcy Court.

The Court may properly take judicial notice of the Bankruptcy Court's records relating to the Chapter 15 Case. *Reyn's Pasta Bella, LLC v. Visa USA, Inc.*, 442 F.3d 741, 746 n. 6 (9th Cir. 2006) (holding that "court filings and other matters of public record" are subject to judicial notice); *see also* Fed. R. Evid. 201(b) (noting the court may judicially notice facts not subject to reasonable dispute that "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned").

Baker & McKenzie LLP
10250 Constellation Blvd.
Suite 1850
Los Angeles, CA  90067
Tel: 310.201.4728

2     Case No.
FOREIGN DEBTOR'S NOTICE OF MOTION AND MOTION FOR WITHDRAWAL OF REFERENCE

# **REQUESTED RELIEF**

Foreign Debtor Smagin respectfully requests that pursuant to 28 U.S.C. § 157(d), the Court issue an order to withdraw the reference of the Chapter 15 Case.

Dated: October 25, 2021　　　　　**BAKER & McKENZIE LLP**
　　　　　　　　　　　　　　　　　Nicholas O. Kennedy
　　　　　　　　　　　　　　　　　Mark D. Bloom (Pro Hac Vice)
　　　　　　　　　　　　　　　　　Reginald Sainvil (Pro Hac Vice)


　　　　　　　　　　　　　　　　　By: */s/ Nicholas O. Kennedy*
　　　　　　　　　　　　　　　　　　　　Nicholas O. Kennedy
　　　　　　　　　　　　　　　　　Attorneys for Foreign Debtor
　　　　　　　　　　　　　　　　　VITALY IVANOVICH SMAGIN

Baker & McKenzie LLP
10250 Constellation Blvd.
Suite 1850
Los Angeles, CA 90067
Tel: 310.201.4728

3　　Case No.
FOREIGN DEBTOR'S NOTICE OF MOTION AND MOTION FOR WITHDRAWAL OF REFERENCE